UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON TRAVANTIA GARRETT,

   Plaintiff,

v.	Case No: 8:25-cv-54-WFJ-AAS

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC and
TRANS UNION, LLC,

   Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 38)** that the above-styled action has been settled as to Defendant Experian Information Solutions, Inc. ("Experian") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Experian and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Experian.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record