UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON TRAVANTIA GARRETT,

    Plaintiff,

v.                                                    Case No: 8:25-cv-54-WFJ-AAS

EQUIFAX INFORMATION
SERVICES, LLC and TRANS UNION,
LLC,

    Defendants.
_____/

**O R D E R**

    The Court has been advised by **Notice of Settlement (Dkt. 53)** that the above-styled action has been settled as to Defendant Equifax Information Services, LLC ("Equifax") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax.

    **DONE** and **ORDERED** in Tampa, Florida on September 2, 2025.

                                                                  s/*William F. Jung*
                                                                    **WILLIAM F. JUNG**
                                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record